UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

      - against -                    :          **ORDER**

ABDUL SABOOR AZRATZADA,          :          02-cr-1280-01 (DC)

         Defendant.          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

      It is hereby ORDERED that, in the interests of justice, the Violation of Supervised Release is withdrawn, the corresponding warrant issued November 25, 2008 (Dkt. No. 24) is vacated, and Supervised Release is terminated.

      SO ORDERED.

Dated:     New York, New York
         March 4, 2026

                        _____/s/ Denny Chin_____
                        DENNY CHIN
                        United States Circuit Judge
                        Sitting by Designation